Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

RYAN SCOTT SMITH,

    v.

        Plaintiffs,

JOHN DOE, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 23-CV-6719

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is DISMISSED WITH PREJUDICE.

Date: July 9, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Rosemarie M. Eby-Collom
    Deputy Clerk